# United States Court of Appeals for the Fifth Circuit

No. 25-40519

Joseph Lowry,

*Plaintiff—Appellant*,

United States Court of Appeals
Fifth Circuit
**FILED**
July 8, 2026
Lyle W. Cayce
Clerk

*versus*

City of La Marque, Texas; Keith Bell, *in his individual capacity and in his official capacity*; Kimberley Yancy, *in her individual capacity and in her official capacity*; Randall Aragon, *in his individual capacity and in his official capacity*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-112

JUDGMENT

Before Duncan, Oldham, and Wilson, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 25-40519

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.